UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE R. ORTIZ,

                    Petitioner,                16 **CIVIL** 7927 (LAP)

     -against-                                 **JUDGMENT**

DANOEL F. MARTUSCELLO, JR.,

                    Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 12, 2019, the Report is adopted in its entirety and Ortiz's petition is denied; the Court decline to issue a certificate of appealability because Ortiz has not made a substantial showing of the denial of a constitutional right; accordingly, this case closed and all pending motions are denied as moot.

**DATED:** New York, New York
             December 13, 2019

                                                RUBY J. KRAJICK
                                                Clerk of Court
                                       BY:
                                                Deputy Clerk

                                       THIS DOCUMENT WAS ENTERED
                                       ON THE DOCKET ON 12/13/2019